Ray L. Wong (SBN 84193)
Suzanne R. Fogarty (SBN 154319)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail: RLWong@DuaneMorris.com
srfogarty@duanemorris.com

Attorneys for Defendants
WENDY'S INTERNATIONAL, INC. and
MARION ROSS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHANDPRAKAS SINGH and ROSHINI SINGH, individually and as Successors in Interest of the Estate of NEERAJ SINGH, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>WENDY'S INTERNATIONAL, INC., an Ohio Corporation, MARIANN ROSS, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 09-CV-0664 FCD-DAD<br><br>**ORDER FOR DISMISSAL OF DEFENDANT MARION ROSS**<br><br>Judge: Hon. Frank C. Damrell, Jr.<br>Location: 15th Floor, Courtroom 2<br><br>Removal Filed: March 10, 2009 |

In light of the parties' stipulation and good cause appearing therefore, the Court enters the following Order:

1. Defendant Marion Ross (erroneously sued as Mariann Ross) is dismissed from this action without prejudice.

2. Defendant Marion Ross and Defendant Wendy's International, Inc. reserve all rights to challenge any attempt by plaintiffs to bring a new action against Marion Ross in State or Federal Court or to add Marion Ross to this action by 12(b)(6) motion

or other appropriate motion.

IT IS SO ORDERED.

Date: March 30 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE