IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANDPRAKAS SINGH, et al.,

    Plaintiffs,                    No. CIV S-09-0664 FCD DAD

    v.

WENDY'S INTERNATIONAL, INC, et al.,        <u>ORDER</u>

    Defendants.

_____/

    This case came before the court on February 26, 2010, for hearing on plaintiffs' amended motion to compel compliance with a subpoena and/or for an order to produce cell phone records (Doc. No. 27). Douglas E. Stein appeared for plaintiffs. No appearance was made by defendants or any third-party. For the reasons stated in open court, plaintiffs' motion was granted. By further order filed concurrently with this order, T-Mobile U.S.A, Inc. will be required to produce records pursuant to the September 11, 2009 subpoena attached to plaintiffs' original motion to compel (Doc. No. 25, Ex. 1).

    IT IS SO ORDERED.

DATED: February 26, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/singh0664.oah022610.mtcgr