**CLAYEO C. ARNOLD**
**A Professional Corporation**
**Clayeo C. Arnold, SBN 65070**
**Gordon W. Allred, SBN 232389**
**Kirk J. Wolden, SBN 138902**
**Douglas E. Stein, SBN 131248**
**865 Howe Avenue, Suite 300**
**Sacramento, CA 95825**
**Telephone: (916) 924-3100**
**Fax: (916) 924-1829**
**E-mail: kirk@justice4you.com**
           **doug@justice4you.com**

**Attorney for Plaintiffs**

# UNITED STATES FEDERAL COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHANDPRAKAS SINGH and ROSHINI SINGH, individually and as Successors in Interest of the Estate of NEERAJ SINGH, deceased,**<br><br>     **Plaintiffs,**<br><br>vs.<br><br>**WENDY'S INTERNATIONAL, INC., an Ohio Corporation, MARIANN ROSS, and DOES 1 through 100, inclusive,**<br><br>     **Defendants.** | Case No.: 2:09-CV-00664-FCD-DAD<br><br>**ORDER TO COMPEL COMPLIANCE WITH SUBPOENA AND/OR TO PRODUCE CELL PHONE RECORDS**<br><br>Date: February 26, 2010<br>Time: 10:00 a.m.<br>Dept: 2<br><br>Removal Date: March 10, 2009<br>Trial Date: January 11, 2011 |

On February 26, 2010, this matter came on regularly for hearing, Douglas E. Stein, appearing for Plaintiffs and moving party, notice having been given to but no appearance by Defendant, T-MOBILE U.S.A., or ELISHAMA HUBBARD;

///

///

///

///

**Order to Compel Compliance with Subpoena**
**and/or to Produce Cell Phone Records**          1

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED:

T-MOBILE U.S.A. shall produce, within two weeks of the date this order was signed, the cell phone records of ELISHAMA HUBBARD consistent with the parameters set forth in the subpoena attached to the motion and served on T-MOBILE U.S.A.

DATED: February 26, 2010.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/singh0664.ord