**CLAYEO C. ARNOLD**
**A Professional Corporation**
Clayeo C. Arnold, SBN 65070
Gordon W. Allred, SBN 232389
Kirk J. Wolden, SBN 138902
Douglas E. Stein, SBN 131248
865 Howe Avenue, Suite 300
Sacramento, CA 95825
Telephone: (916) 924-3100
Fax: (916) 924-1829
E-mail: kirk@justice4you.com
        doug@justice4you.com

Attorney for Plaintiffs

# UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDPRAKAS SINGH and ROSHINI SINGH, individually and as Successors in Interest of the Estate of NEERAJ SINGH, deceased,<br><br>　　Plaintiffs,<br><br>vs.<br><br>WENDY'S INTERNATIONAL, INC., an Ohio Corporation, MARIANN ROSS, and DOES 1 through 100, inclusive,<br><br>　　Defendants. | CASE NO. 2:09-CV-00664-FCD-DAD<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

　　Come now Plaintiffs, CHANDPRAKAS SINGH and ROSHINI SINGH, individually and as Successors in Interest of the Estate of NEERAJ SINGH, deceased, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

///
///
///
///

Stipulation and Order of Dismissal with Prejudice　　　　　1

Dated: _____ \_\_\_\_, 2010                              CLAYEO C. ARNOLD
                                                            A Professional Law Corporation


                                                            By: \_\_\_\_\_/s/_____
                                                                  DOUGLAS E. STEIN
                                                                  Attorney for Plaintiffs


Dated:_____ \_\_\_\_, 2010                               DUANE MORRIS, LLP


                                                            By:\_\_\_\_\_/s/_____
                                                                  RAY L. WONG
                                                                  Attorney for Defendants


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 2, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE